IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Adriana Robinson, | C/A No. 3:25-cv-9794-JFA-PJG |
| Plaintiff, | |
| v. | |
| | **ORDER** |
| Nelnet, Inc.; Equifax Information Services, LLC; Experian Information Solutions, Inc.; Transunion LLC; Capital One Auto Finance; Capital One Bank; Guild Mortgage Company, | |
| Defendants. | |

Plaintiff Adriana Robinson, proceeding pro se, filed this Fair Credit Reporting Act case. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), the case was referred to the Magistrate Judge for initial review.

In response to the Complaint, Defendants Nelnet, Inc. ("Nelnet"), Guild Mortgage Company ("Guild Mortgage"), Equifax Information Services ("Equifax"), and Capital One Bank ("Capital One") filed motions to dismiss. (ECF Nos. 23, 28, 53, & 57). After receiving full briefing on the motions, the Magistrate Judge prepared a thorough Report and Recommendation[1] ("Report"). (ECF No. 101). Within the Report, the Magistrate Judge opines that the motions should be granted. *Id.* The Report sets forth, in detail, the

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(d) (D.S.C.).  The Magistrate Judge makes only a recommendation to this Court.  The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976).

1

relevant facts and standards of law on this matter, and this Court incorporates those facts and standards without a recitation.

All parties were advised of their right to object to the Report, which was entered on the docket on June 9, 2026. *Id.* The Magistrate Judge required any objection to be filed by June 23, 2026. *Id.* No party filed objections. Thus, this matter is ripe for review.

A district court is only required to conduct a *de novo* review of the specific portions of the Magistrate Judge's Report to which an objection is made. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b); *Carniewski v. W. Virginia Bd. of Prob. & Parole*, 974 F.2d 1330 (4th Cir. 1992). In the absence of specific objections to portions of the Magistrate's Report, this Court is not required to give an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

Here, each party failed to raise any objections and therefore this Court is not required to give an explanation for adopting the recommendation. A review of the Report and prior filings indicates that the Magistrate Judge correctly concluded that Defendants' motions should be granted.

After carefully reviewing the applicable laws, the record in this case, and the Report, this Court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. Accordingly, this Court adopts the Magistrate Judge's Report and Recommendation and incorporates it herein by reference. (ECF No. 101). Therefore, the motions to dismiss filed by Defendants Nelnet, Guild Mortgage, Equifax, and Capital One are granted. (ECF Nos. 23, 28, 53, & 57). Additionally, Defendant Capital One Auto Finance is dismissed without prejudice pursuant

to Rule 4(m). This matter is recommitted back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

July 9, 2026                                         Joseph F. Anderson, Jr.
Columbia, South Carolina                            United States District Judge

3