IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Adriana Robinson,<br><br>Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.; Transunion LLC; Capital One Bank,<br><br>Defendant. | C/A No. 3:25-cv-9794-JFA-PJG<br><br>**ORDER** |

Plaintiff Adriana Robinson, proceeding pro se, filed this civil action against the above-named Defendants. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), the case was referred to the Magistrate Judge for initial review.

In response to a motion for judgment on the pleadings, Plaintiff filed a motion to voluntarily dismiss all of her remaining claims without prejudice (ECF No. 125). Thereafter, the Magistrate Judge prepared a thorough Report and Recommendation[1] ("Report"). (ECF No. 130). Within the Report, the Magistrate Judge opines motion should be granted and this case dismissed. *Id.* The Report sets forth, in detail, the relevant facts and standards of law on this matter, and this Court incorporates those facts and standards without a recitation.

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(d) (D.S.C.). The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976).

All parties were advised of their right to object to the Report, which was entered on the docket on October 1, 2026. *Id.* The Magistrate Judge required objections to be filed by October 15, 2026. *Id.* No party filed objections. Thus, this matter is ripe for review.

A district court is only required to conduct a *de novo* review of the specific portions of the Magistrate Judge's Report to which an objection is made. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b); *Carniewski v. W. Virginia Bd. of Prob. & Parole*, 974 F.2d 1330 (4th Cir. 1992). In the absence of specific objections to portions of the Magistrate's Report, this Court is not required to give an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

Here, no party raised any objections and therefore this Court is not required to give an explanation for adopting the recommendation. A review of the Report and prior orders indicates that the Magistrate Judge correctly concluded that Plaintiff's motion should be granted.

After carefully reviewing the applicable laws, the record in this case, and the Report, this Court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. Accordingly, this Court adopts the Magistrate Judge's Report and Recommendation and incorporates it herein by reference. (ECF No. 130). Consequently, Plaintiff's motion (ECF No. 125) is granted, and this action is dismissed without prejudice. Any other pending motion is terminated as moot.

IT IS SO ORDERED.

October 30, 2026
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge